# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 354 WAL 2014
                                       :

                Respondent       : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                                       :

                    v.                  :
                                       :

CHARLES CABINESS,             :

                Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.